UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 14-40043-TSH |
| | ) | |
| JARED BISSELL | ) | |

JOINT MOTION TO CONTINUE SENTENCING

Defendant, Jared Bissell, and the government, by and through their respective attorneys, respectfully request that the plea and sentencing hearing in this matter, presently scheduled for August 15, 2016, be continued to September 19, 2016 or as soon thereafter as is convenient to the Court. As reasons therefore, the defendant has requested that the plea be entered as a conditional plea to preserve his right to appeal the Court's decision denying his Motion to Dismiss Count Two of the Indictment. *See* D.E. 95. Such a plea may only be entered with the consent of the government. Fed. R. Crim. P. 11(a)(1). Counsel for the government requires additional time to consult with and receive United States Attorney's Office approval to so consent. The parties therefore jointly request that the matter be continued by three weeks so that the government may obtain that approval.

The parties agree that prior orders of the Court have excluded all but 19 days of the time since arraignment from operation of the Speedy Trial Act. The parties further agree that the time period up to and including the rescheduled plea and sentencing hearing is excludable in the interests of justice. 18 U.S.C. 3161(7)(A) & (B)(ii). Consequently, 51 days remain in which the case must be tried under the Speedy Trial Act.

JARED BISSELL
By His Attorney,

/s/ Timothy Watkins
Timothy G. Watkins
Federal Defender Office
51 Sleeper St. 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 15, 2016.

/s/ Timothy G. Watkins
Timothy G. Watkins