UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 14-40043-TSH |
| ) | |
| JARED BISSELL, ) | |
| Defendant. ) | |

## GOVERNMENT'S NOTICE REGARDING CONDITIONAL PLEA

The government hereby gives notice pursuant to Fed. R. Crim. P. 11(a)(2) that it consents to the Defendant, Jared Bissell's, conditional guilty plea, pursuant to which Defendant will reserve the right to appeal the claim of vindictive prosecution as set forth in the motion to dismiss [D. 73-74].

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By:  /s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney
595 Main Street, Suite 206
Worcester MA 01608
(508) 368-0100
mark.grady@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Mark J. Grady
Mark J. Grady, Assistant U.S. Attorney

Date: September 20, 2016